**KOE/KRUDY COMPLAINTS**

| DATE | AGENCY/COURT | CASE/CHARGE NUMBER |
|---|---|---|
| 1-30-21 | NLRB | 08-CA-272101 |
| 3-3-21 | EEOC | 532-2021-00889 |
| 7-26-21 | NLRB | 08-CA-280382 |
| 7-29-21 | EEOC | 532-2021-01635 |
| 7-30-21 | EEOC | 532-2021-00889 (First Amended) |
| 9-2-21 | NLRB | 08-CA-280382 (First Amended) |
| 10-13-21 | NLRB | 08-CA-280382 (Second Amended) |
| 12-3-21 | NLRB | 08-CA-287186 |
| 12-15-21 | DOL | Email Complaint |
| 3-21-22 | ACGME | |
| 5-9-22 | NLRB | 08-CA-287186 (First Amended) |
| 5-9-22 | NLRB | 08-CA-287186 (Second Amended) |
| 5-24-22 | NLRB | 08-CA-287186 (Third Amended) |
| 6-10-22 | NLRB | 08-CA-280382 (Third Amended) |
| 6-22-22 | NLRB | 08-CA-287186 (Fourth Amended) |
| 8-15-22 | USDC, ND Ohio | 22-CV-1455 |
| 10-4-22 | EEOC | 532-2022-02241 |
| 10-18-22 | NLRB | 08-CA-305431 |
| 11-22-22 | NLRB | 08-CA-307748 |
| 11-23-22 | NLRB | 08-CA-307749 |
| 1-10-23 | NLRB | 08-CA-310170 |
| 1-13-23 | NLRB | 08-CA-310170 (First Amended) |
| 1-24-23 | NLRB | 08-CA-310836 |
| 3-22-23 | NLRB | 08-CA-307748 (First Amended) |
| 4-3-23 | EEOC | 532-2023-01654 |
| 4-10-23 | OCRC | 48622 |
| 4-10-23 | OCRC | 48623 |
| 4-10-23 | OCRC | 48624 |
| 4-10-23 | OCRC | 48625 |
| 4-10-23 | OCRC | 48626 |
| 4-10-23 | EEOC | 532-2023-01654 (First Amended) |
| 4-20-23 | HHS | 21-466054 |
| 4-20-23 | Title IX Email Complaint | |
| 4-25-23 | OCRC | 48622 |
| 4-28-23 | NLRB | 08-CA-316986 |
| 1-2-24 | EEOC | 532-2024-01106 |
| 1-4-24 | USDC, ND Ohio | 24-CV-00024 |
| 07-25-2024 | NLRB | 08-CA-347005 |
| 9-30-2024 | NLRB | 08-CA-351670 |
| 9-30-2024 | NLRB | 08-CA-351674 |
| 12-31-2024 | NLRB | 08-CA-357632 |

| 02/07/2025 | NLRB | 08-CA-359878 |
| 02/13/2025 | NLRB | 08-CA-360242 |