**From:** Nicholas Krudy <nicholas.a.krudy@gmail.com>
**Sent:** Tuesday, February 18, 2025 3:19 PM
**To:** David Campbell <dcampbell@grsm.com>
**Cc:** [THIRD PARTY NAME AND EMAIL REDACTED]>
**Subject:** Reminder: Property Taxes Due on February 20, 2025

Dear Mr. Campbell,

I was double checking some addresses in preparation for the filing of a complaint.

The Cuyahoga County Treasurer's Office is showing that you have not paid the first half of Y2024 real estate taxes in the amount of [AMOUNT REDACTED]  due for [ADDRESS REDACTED].

They are due by February 20, 2025. (i.e. this Thursday)

On March 3, 2025, a 10% penalty is assessed on past due First Half 2024 Pay 2025 Real Estate Taxes. See https://cuyahogacounty.gov/treasury/pay-your-taxes/tax-collection-calendar .

Just a friendly reminder.

Warm regards,
Nicholas Krudy