# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **University Hospitals Cleveland Medical Center** | ) | **CASE NO. 1:25-cv-00339** |
| **Plaintiff,** | ) | |
| v. | ) | **JUDGE PAMELA A. BARKER** |
| **Nicholas Krudy,** | ) | |
| | ) | **ORDER OF RECUSAL** |
| **Defendant.** | ) | |

Pursuant to 28 U.S.C. 455 and General Order 2009-3, the Court hereby recuses herself from the above-captioned matter. The Court directs that this action be returned to the Clerk of Court for reassignment.

IT IS SO ORDERED.

Date: 2/19/2025

s/*Pamela A. Barker*
PAMELA A. BARKER
UNITED STATES DISTRICT JUDGE