# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| University Hospitals Cleveland Medical Center, ) ) ) Plaintiff, ) ) vs. ) ) ) ) Nicholas Krudy, ) ) Defendants. ) | CASE NO. 1:25-cv-00339 <br><br> JUDGE CHRISTOPHER A. BOYKO <br><br><br><br> **ORDER OF RECUSAL** |

Pursuant to 28 U.S.C. § 455, I hereby disqualify myself from this case. The case is returned to the Clerk of Court for reassignment.

**IT IS SO ORDERED**.

Dated: February 20, 2025            *s/Christopher A. Boyko*
                                                    **CHRISTOPHER A. BOYKO**
                                                    **UNITED STATES**
                                                    **DISTRICT JUDGE**