# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Ohio

Case Number: 1:25-CV-339

Plaintiff:
**UNIVERSITY HOSPITALS CLEVELAND MEDICAL CENTER**

vs.

Defendant:
**NICHOLAS KRUDY**

For:
David Campbell
Gordon Rees Scully Mansukhani
600 Superior Ave. East
Suite 1300
Cleveland, OH 44114

Received by Greentree Legal on the 21st day of March, 2025 at 1:05 pm to be served on **John Koe aka Nicholas Krudy, PO Box 527, Novelty, OH 44072-0527**.

I, Constance Burich, do hereby affirm that on the **28th day of March, 2025** at **8:00 am, I: DELIVERED TO POST OFFICE.** Documents were handed to Clerk for placement in PO Box.

I certify that I am over the age of 18, have no interest in the above action, and am in good standing in the judicial circuit in which the process was served.

**Constance Burich**
Process Server

**Greentree Legal
2260 Francis Lane
Cincinnati, OH 45206
(513) 891-8600**

Our Job Serial Number: GRT-2025003906
Ref: N/A

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a



**UNITED STATES POSTAL SERVICE**

CHARDON
150 CENTER ST
CHARDON, OH 44024-9998
(800)275-8777

03/28/2025                                       08:02 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| USPS Grnd Advtg | 1 | | $9.85 |

   Novelty, OH 44072
   Weight: 2 lb 5.80 oz
   Estimated Delivery Date
     Mon 03/31/2025
   Tracking #:
     9534 6161 6386 5087 0808 59
   Insurance                                  $0.00
     Up to $100.00 included

Total                                            $9.85

Grand Total:                                     $9.85

Credit Card Remit                                $9.85
   Card Name: AMEX
   Account #: XXXXXXXXXXX1009
   Approval #: 899092
   Transaction #: 355
   AID: A000000025010801          Chip
   AL: AMERICAN EXPRESS
   PIN: Not Required

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

