THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNIVERSITY HOSPITALS CLEVELAND MEDICAL CENTER, INC. | : : : : | |
| Plaintiff | : | CASE NO. 1:25-cv-00339-DAR |
| v. | : : | JUDGE DAVID A. RUIZ |
| Nicholas Krudy | : : : | |
| Defendant. | : | |

### DECLARATION OF DONALD G. SLEZAK

I, Donald G. Slezak, being duly cautioned and sworn, hereby declares as follows:

1. I am over the age of 18 and competent to testify on the matters and facts contained in this Declaration.

2. I am counsel for University Hospitals Cleveland Medical Center, Inc. ("Plaintiff") and I have personal knowledge of the facts set forth herein.

3. Plaintiff filed its Complaint for Judicial Declaration, Injunctive Relief, and Temporary Restraining Order (the "Complaint") on February 19, 2025.

4. A copy of the filed complaint was emailed to Defendant Nicholas Krudy ("Defendant") on February 19, 2025.

5. The summons was issued on February 19, 2025.

6. A copy of the Summons and Complaint were served upon Defendant on March 28, 2025 via process server to Defendant's P.O Box listed for service in his related litigation at John Koe aka Nicholas Krudy, PO Box 527, Novelty, OH 44072-0527.

7. Plaintiff filed an affidavit of service with this Court on March 31, 2025.

1

8. Based on the date that the Summons and Complaint were served on Defendant, Defendant's answer was due on April 18, 2025.

9. Defendant has not filed an appearance.

10. In addition, Defendant has not filed an answer to the Complaint.

11. Defendant has not requested an extension to respond to the Complaint.

12. Despite attempts to communicate with Defendant about the Complaint, Defendant has refused to respond or otherwise acknowledge this Complaint.

13. Finally, Plaintiff sent a waiver of service to Plaintiff on February 27, 2025

14. Defendant did not return an executed waiver of service.

15. Plaintiff incurred $349.85 in attempting to serve Defendant. True and correct invoices sent by Plaintiff's processor server are attached hereto as Exhibit 1.

16. I am prepared to testify to the facts set forth in the Complaint and in this Declaration if the Court deems it necessary.

17. This Declaration is based on my personal knowledge.

I have read the foregoing declaration and I affirm under penalty of perjury under the laws of Ohio and the United States of America that the foregoing is true and accurate to the best of my knowledge, information, and belief.

_____
Donald G. Slezak

6/19/2025
Date

2

# Donald Slezak

| | |
|---|---|
| **From:** | Request <request@greentreelegal.com> |
| **Sent:** | Friday, March 28, 2025 12:22 PM |
| **To:** | Donald Slezak; Tim Boman |
| **Cc:** | Request |
| **Subject:** | Payment Request for GRT Job 2025003906 |

**External Email: STOP! LOOK! THINK! before you engage.**

This message came from outside GRSM.

Payment Request

From: Greentree Legal
To: Gordon Rees Scully Mansukhani

This message is in regard to:
   Job Number: 2025003906
   Party To Be Served: John Koe, PO Box 527, Novelty, OH 44072-0527
   Documents: SUMMONS IN A CIVIL ACTION, COMPLAINT FOR JUDICIAL DECLARATION, INJUNCTIVE RELIEF, AND TEMPORARY RESTRAINING ORDER, EXHIBITS

Amount Due: $134.85

Payments can be made by going to https://grt.sopstatus.com/mlink-payment/?d=SbF@UUwEEli0enLLWnIiVUscsV7OzVb0Mw6gVwgYNI9gxoUc1mShC7I

Thank you for your business!

| | | |
|---|---|---|
| Greentree Legal<br>2260 Francis Lane<br>Cincinnati, OH 45206<br>Phone: (513) 891-8600 | **INVOICE** | <br>Invoice #GRT-2025002098<br>2/26/2025 |



David Campbell
Gordon Rees Scully Mansukhani
600 Superior Ave. East
Suite 1300
Cleveland, OH 44114

**Case Number: Northern 1:25-CV-339**

Plaintiff:
**UNIVERSITY HOSPITALS CLEVELAND MEDICAL CENTER**

Defendant:
**NICHOLAS KRUDY**

Received: 2/19/2025    Non-Served: 2/25/2025   NON-SERVE - DILIGENT
To be served on: Nicholas Krudy

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---:|---:|---:|
| Print Fee | 200.00 | 0.20 | 40.00 |
| Geauga County-OH:  Process Server Fee | 1.00 | 125.00 | 125.00 |
| Rush Fee | 1.00 | 50.00 | 50.00 |
| TOTAL CHARGED: | | | $215.00 |
| 2/20/2025     CC **d564     Online Pre-Payment | | | 215.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

Thank you!   We appreciate the opportunity to assist with service on this case.

Payments can be made by visiting https://grt.sopstatus.com.

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Page 1 / 1