UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNIVERSITY HOSPITALS CLEVELAND MEDICAL CENTER, | ) | CASE NO. 1:25-cv-00339 |
| | ) | |
| | ) | JUDGE DAVID A. RUIZ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| NICHOLAS KRUDY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff filed an Application to the Clerk for Entry of Default against Defendant. (R. 7). Defendant appeared pro se and opposed entry of default. (R. 8). Given Defendant's appearance and opposition, Plaintiff shall respond to Defendant's arguments opposing entry of default or withdraw the Application for Entry of Default on or before July 1, 2025.

IT IS SO ORDERED.

s/ *David A. Ruiz*
David A. Ruiz
United States District Judge

Date: June 17, 2025