IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNIVERSITY HOSPITALS CLEVELAND MEDICAL CENTER | ) ) ) | |
| Plaintiff. | ) ) | CASE NO. 1:25-cv-00339 |
| v. | ) ) | JUDGE DAVID A. RUIZ |
| NICHOLAS KRUDY, | ) ) | |
| Defendant. | ) ) | |

FILED
MAR 10 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## MOTION FOR LEAVE TO FILE ELECTRONICALLY

Defendant Nicholas Krudy, proceeding pro se, respectfully moves this Court for permission to register to file documents electronically in this action pursuant to N.D. Ohio L.R. 5.1(c) and Fed. R. Civ. P. 5(d)(3)(B)(i), and in support states as follows:

1. Local Rule 5.1(c) provides that the Judicial Officer may, in his or her discretion, grant an unrepresented litigant "who demonstrates a willingness and capability to file documents electronically permission to register to do so." N.D. Ohio L.R. 5.1(c). Federal Rule of Civil Procedure 5(d)(3)(B)(i) provides that a person not represented by an attorney "may file electronically only if allowed by court order or by local rule." *Id.*

2. I have both the willingness and capability to file electronically. I have been a registered electronic filer with the Cuyahoga County Court of Common Pleas and the Eighth District Court of Appeals for over a year and have filed documents electronically in those courts without incident. I am familiar with electronic filing systems and electronic court records, have complied with applicable e-filing rules and procedures, and have not had electronic filing privileges revoked or restricted in any court.

1

3. Granting electronic filing access would serve the interests of all parties and the Court. Without CM/ECF access, I am limited to filing during the Clerk's business hours—generally 35 hours each week—compared to the 168 hours per week available to electronic filers. Filing manually requires a round trip of approximately 50 miles to the Carl B. Stokes U.S. Courthouse in Cleveland, imposing additional time and cost burdens that electronic filing would eliminate. It would also reduce processing burdens on the Clerk's office, because electronically filed documents are docketed directly in CM/ECF as text-searchable records without the intermediary scanning step that manual filing requires.

4. The Court retains full authority to revoke electronic filing privileges at any time under Local Rule 5.1(c). I understand that, if granted leave to file electronically, I must comply with the Federal Rules of Civil Procedure, this Court's Local Rules, and the Court's Electronic Filing Policies and Procedures Manual.

For the foregoing reasons, I respectfully request that the Court grant me permission to register as an electronic filer and to file documents electronically in this action.

Dated: March 10, 2026

Respectfully submitted,

*/s/ Nicholas Krudy*
Nicholas Krudy

PO Box 527
Novelty OH 44072-0527

Tel: (330) 732-5001
Email: john@johnkoe.org

Defendant, pro se

2

## CERTIFICATE OF SERVICE

I certify that on March 10, 2026, I presented the foregoing Motion for Leave to File Electronically to the Clerk of Court for filing by hand delivery. Upon filing, the Court's CM/ECF system will electronically serve all counsel of record who have appeared in this matter.

/s/ Nicholas Krudy
Nicholas Krudy